FILED'06 MAR 07 13:05USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SANDRA OBIE,

        Plaintiff,

v.

MULTNOMAH COUNTY,
        Defendant.

CV. 04-1243-PK

ORDER

PAPAK, Magistrate Judge:

    Plaintiff Sandra Obie filed this action against defendant Multnomah County under the Americans with Disabilities Act, Family and Medical Leave Act, Oregon Family Leave Act, Oregon Rehabilitation Act, and O.R.S. Chapter 659A. On January 10, 2006, Obie accepted Multnomah County's Offer of Judgment in the amount of $45,000 and reasonable attorneys fees and costs in an amount to be set by this court.

    Before the court is Obie's Bill of Costs (No. 60) and Motion for Attorney Fees and Costs (No. 61). There being no objection or response by Multnomah County, and the court finding that

Page 1 - ORDER

the amount requested is reasonable,

IT IS ORDERED and ADJUDGED that Plaintiff's Bill of Costs (No. 60) and Motion for Attorney Fees and Costs (No. 61) are GRANTED.

Dated this 7th day of March, 2006.

_____
Honorable Paul Papak
U.S. Magistrate Judge